UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID M. TROTMAN,<br><br>                    Plaintiff,<br><br>      -against-<br><br>J. DOE PROSECUTOR, NY SUPREME, et al.,<br><br>                    Defendants. | 24cv5319 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 11, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 12, 2024
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                    Chief United States District Judge